# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER,<br><br>        Plaintiff,<br><br>vs.<br><br>SINCLAIR D. RIMMON, Trustee of the Sinclair D. Rimmon and Joan L.G. Rimmon Living Trust, dated December 1, 1992; JOAN L.G. RIMMON, Co-Trustee of the Sinclair D. Rimmon and Joan L.G. Rimmon Living Trust, dated December 1, 1992; ELANA RIMMON ZIMMERMAN, Co-Trustee of the Sinclair D. Rimmon and Joan L.G. Rimmon Living Trust, dated December 1, 1992; ALISSA RIMMON, Co-Trustee of the Sinclair D. Rimmon and Joan L.G. Rimmon Living Trust dated December 1, 1992; and Does 1-10,<br><br>        Defendants. | Case No.: 2:19-cv-10175-AB-E<br><br>*Hon. Andre Birotte, Jr.*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: November 27, 2019<br>Trial Date:    Not on Calendar |

      Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

///

///

---

1

[     ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS ORDERED THAT:**

Plaintiff James Shayler's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against Sinclair D. Rimmon, Trustee of the Sinclair D. Rimmon and Joan L.G. Rimmon Living Trust, dated December 1, 1992; Joan L.G. Rimmon, Co-Trustee of the Sinclair D. Rimmon and Joan L.G. Rimmon Living Trust, dated December 1, 1992; Elana Rimmon Zimmerman, Co- Trustee of the Sinclair D. Rimmon and Joan L.G. Rimmon Living Trust, dated December 1, 1992, Alissa Rimmon, Co- Trustee of the Sinclair D. Rimmon and Joan L.G. Rimmon Living Trust, dated December 1, 1992 ("Defendants").

Dated: April 15, 2020

Hon. Andre Birotte, Jr. Judge,
United States Court Central
District of California